UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Office of the Clerk
141 Church Street
New Haven, CT 06510
(203) 773-2140

---

| | |
|---|---|
| ----------------------------------------------------------x |  ~~SECOND AMENDED COMPLAINT~~ |
| **DEBRA LEE KRAUS,** : | |
| : | |
| Plaintiff, : | No.: 3:09−cv−01697 (MRK) |
| v. : | Judge Kravitz |
| : | |
| **BEIERSDORF INC.** aka : | |
| **BEIERSDORF NORTH AMERICA INC.;** : | March 31, 2010 |
| **BEIERSDORF AG;** : | |
| **MAXINGVEST AG** formerly : | Motion for Extension of Time |
| **TCHIBO HOLDING AG;** : | for second amended complaint |
| **PETER J. GLEASON**, individually and : | for serving both the defendants in |
| in his official capacity as : | the US and in Hamburg, Germany. |
| Manager of IT Support /Operations for Beiersdorf Inc.; : | |
| **IAIN R. HOLDING**, individually and : | |
| in his official capacity as : | |
| President of Beiersdorf Inc.; : | |
| **JASON R. PHILLIPS**, individually and : | |
| in his official capacity as : | |
| VP of IT for Beiersdorf Inc.; : | |
| **STEPHEN LEE SHULL**, individually and : | |
| in his official capacity as : | |
| Manager of IT Business Applications for Beiersdorf Inc.; : |  |
| **KATHY N. WILLIAMS**, individually and : | |
| in her official capacity as : | |
| Manager of Human Resources for Beiersdorf Inc.; : | |
| **AMY A. R. NENNER**, individually and : | |
| in her official capacity as : | |
| VP of Human Resources for Beiersdorf Inc.; : | |
| **KIMBERLY A. WILCOX**, individually and : | |
| in her official capacity as : | |
| Human Resources Assistant for Beiersdorf Inc.; : | |
| **LISA E. HIOTT**, individually and : | |
| in her official capacity as : | |
| Director of Human Resources for Beiersdorf Inc.; : | |
| **CHRISTINE M. HOQUE**, individually and : | |
| in her official capacity as : | |
| Manager of Human Resources for Beiersdorf Inc.; : | |
| **DR. ERNST GADERMANN**, individually and : | |
| in his official capacity as : | |
| Department Head of Information Technology (IT) : | |
| worldwide for Beiersdorf AG; : | |
| **MARKUS PINGER**, individually and : | |
| in his official capacity as : | |
| the Head of Supply Chain of Beiersdorf AG and : | |
| Member of the Executive Board of Beiersdorf AG; : | |
| **THOMAS-BERND QUAAS**, individually and : | |
| in his official capacity as : | |
| the Chief Executive Officer of Beiersdorf AG and : | |
| the Chairman of the Executive Board of Beiersdorf AG; : | |

**DR. MARKUS CONRAD**, individually and :
in his official capacity as :
the Executive Board Chairman and :
Chief Executive Officer of Tchibo GmbH :
and as a Member of the Supervisory Board of :
Maxingvest AG, also known as Tchibo Holding AG; :
**DR. ARNO MAHLERT**, individually and :
in his official capacity as :
the Chairman and :
Chief Executive Officer of Maxingvest AG :
and as a Member of the Executive Board of :
Maxingvest AG (Formerly, Tchibo Holding AG); :
**PROFESSOR DR. REINHARD PÖLLATH**, :
individually and in his official capacity as :
the Deputy Chairman and Member of :
the Supervisory Board of Beiersdorf AG :
and as the Chairman of Supervisory Board :
of Maxingvest AG; :
**PETER KLEINSCHMIDT**, :
individually and in his official capacity as :
Member of the Executive Board, Human Resources, :
and Labor Director at Beiersdorf AG; :
**MICHAEL HERZ**, :
individually and in his official capacity as :
a member of the Supervisory Board of :
Maxingvest AG and Tchibo GmbH; :
**WOLFGANG HERZ**, :
individually and in his official capacity as :
a member of the Supervisory Board of :
Maxingvest AG; :
                                                                                :
     **Defendants.** :
------------------------------------------------------------------x



3:09CV1697(MRK)

## MOTION FOR EXTENSION OF TIME for the second amended complaint
## for serving both the defendants in the US and in Hamburg, Germany

**Office of the Clerk,**

Today, Wednesday, March 31, 2010, I've submitted a second amendment to my complaint. Would you please allow me to serve the second amended complaint.

Currently, the first amended complaint is due to be served on Monday, April 19, 2010 – To date none of the defendants have been served.

I would appreciate it if you would please give me an extension of time and a new start date of 120 days from today, Wednesday, March 31, 2010 to serve all of the defendants the second amended complaint. This would allow me an additional 101 days until Wednesday, July 28, 2010 to serve both the defendants in the US and in Hamburg, Germany.

The reasons why I need an extension of time is because:
1. To date the defendants and their parent company have failed to respond and provide me with the name of the current registered agent for the defendant, Beiersdorf Inc. located at 360 Dr. Martin Luther King Drive in South Norwalk, CT.
2. The defendants' local counsel said they will not accept service of the complaint.
3. More time is needed to obtain the rest of the Defendants' addresses.

This second amendment includes:

    Adding the Americans with Disabilities Act ("ADA") into the complaint with the addition of two "cause of action against defendants" regarding the ADA:
- Discrimination under ADA
- Retaliation in Violation of ADA

    Adding the Employee Retirement Income Security Act ("ERISA") into the complaint with an additional "cause of action against defendants" regarding ERISA:
- Discrimination under ERISA
- Retaliation in Violation of ERISA

    Added exhibits L, M, N, O, and P
    ** Exhibit L has been redacted for Privacy Protection (i.e. telephone numbers, DOB & address)

    Added the current address to the US Defendants under **PARTIES**

    Corrected the names of the US Defendants (i.e. Peter Gleason is now Peter J. Gleason)

    Other changes were made to properly reflect and incorporate the addition of the ADA and the ERISA into the complaint as well as making any correction(s) to the existing complaint to ensure clarity, to correct the typo on the statute for the SIXTH "cause of action against defendants", etc.

I would appreciate it if you would please allow me an additional 101 days until Wednesday, July 28, 2010 to serve both the defendants in the US and in Hamburg, Germany the second amended complaint. Thank you.

Respectfully submitted,

*Debra Lee Kraus*
Debra Lee Kraus, pro se
P.O. Box 192
Greens Farms, CT 06838-0192
(203) 888-5500